THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Williams, Appellant.
 
 
 

Appeal From Richland County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2009-UP-218
Submitted April 1, 2009  Filed May 20, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Michael
 Williams appeals his guilty pleas and sentences for two counts of armed robbery
 and two counts of kidnapping.  He argues his guilty pleas failed to comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
C.J., PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.